In the Matter of the Application of SIDNEY SZERLIP for Reinstatement as an Attorney.— Motion for reinstatement to practice as an attorney and counselor

at law granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 780.]